# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**MARY C. BEQUETTE**                                                  **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 5:24cv49-DCB-ASH**

**ROUX BROTHERS, LLC**                                         **DEFENDANT**

## AGREED ORDER OF DISMISSAL

This matter came to be heard on the joint motion of the parties requesting that this cause be dismissed with prejudice, and the Court having considered the said motion is of the opinion and does find that said motion is well taken and should be sustained.

IT IS HEREBY ORDERED AND ADJUDGED, that all claims made or that could have been made in the above referenced civil action are hereby dismissed with prejudice with each party to bear its own costs with this Court retaining jurisdiction to enforce the settlement reached on January 8, 2025.

SO ORDERED this the 18th day of February, 2025.

                                                                    s/David C. Bramlette
                                                                    HON. DAVID C. BRAMLETTE, III
                                                                    U.S. DISTRICT COURT JUDGE

AGREED TO BY:

Christopher Eric Kelley (MS Bar# 9732)              Scott F. Slover (MS Bar #102768)
Email: chris@gwinlawfirm.com                          Email: sfslover@gmail.com
Gwin, Punches, & Kelley, LLP                           P.O. Box 846, Natchez, MS 39121
P.O. Box 1344, Natchez, MS 39121                   Office: (601) 442-0075
Office: (601) 446-6621